# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JANET RUHE, INDIVIDUALLY AND PAUL B. FERRARA, III, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CLAYTON MAC WHITE, DECEASED,<br><br>    Plaintiff,<br><br>v.<br><br>BRUCE K. BOWEN INDIVIDUALLY AND SOPRIS MEDICAL PRACTICE, P.C.<br><br>    Defendants. | Civil Action No. 2:15-CV-03792-DCN<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs and Defendants, Bruce K. Bowen and Sopris Medical Practice, P.C., through their respective counsel, stipulate to the dismissal of this case, in its entirety, with prejudice, with each party to pay its own fees and costs.

    s/Paul B. Ferrara, III
    Paul B. Ferrara, III
    Ferrara Law Firm, PLLC
    2300 Otranto Road
    North Charleston, SC 29406
    **Attorneys for the Plaintiff**

    s/Mark S. Barrow
    Mark S. Barrow
    Benson H. Driggers
    Sweeny, Wingate & Barrow, P.A.
    Post Office Box 12129
    Columbia, SC  29211
    **Attorneys for the Defendants**

Columbia, South Carolina
November 29, 2016